UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80945-CIV-DIMITROULEAS

ROBERT CAPONE,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

ESTATE OF BRETT LANE ISON,
CORREAN C. ISON, Personal
Representative of the Estate of Brett
Lane Ison, DIRECTIONAL AD-VANTAGE
HOLDINGS, LLC, TRAL INVESTMENTS,
LLC, HAROLD "HAL" DIVINE, RICHARD
DIVINE, and JOHN DOES 1-10,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal With Prejudice, filed herein on June 27, 2008. [DE-103]. The Court has carefully considered the Joint Stipulation, notes the signatures of counsel for all parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Voluntary Dismissal With Prejudice [DE-103] is hereby **GRANTED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk shall deny any pending motions as moot.

4. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Geoffrey Cahen, Esq.

Christa Werder, Esq.

Peter King, Esq.

E.J. Robbin Greenspan, Esq.